UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.*
DONNA GERACI,
          Plaintiff,

-against-

GOLD COAST PHYSICAL THERAPISTS, et al.,

          Defendants.
-----------------------------------------------------------X

FILED UNDER SEAL

CV 08-2636
(Feuerstein, J.)
(Wall, M.J.)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ FEB 12 2014 ★

LONG ISLAND OFFICE

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint and amended complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Notice of Election to Decline Intervention filed by the United States, which the relator will serve upon the defendants only after service of the complaint and amended complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States by the relator; and that

7. ~~should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.~~ (SJF/EK)

IT IS SO ORDERED, as amended.

This 12 day of February 2014

s/ Sandra J. Feuerstein
_____
HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE